1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
2 | HOLME ROBERTS & OWEN LLP **RECEIVED**
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994                    AUG – 9 2007
  | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999                  RICHARD W. WIEKING
  | Email:    matt.jaksa@hro.com          CLERK, U.S. DISTRICT COURT
5 |                                       NORTHERN DISTRICT OF CALIFORNIA
  |                                                  OAKLAND
6 | Attorneys for Plaintiffs,
  | INTERSCOPE RECORDS; SONY BMG        E-filing
7 | MUSIC ENTERTAINMENT; PRIORITY                        **FILED**
  | RECORDS LLC; WARNER BROS.
8 | RECORDS INC.; ARISTA RECORDS                      AUG 2 2 2007
  | LLC; UMG RECORDINGS, INC.; and
9 | CAPITOL RECORDS, INC.                          RICHARD W. WIEKING
  |                                            CLERK, U.S. DISTRICT COURT
10 |                                        NORTHERN DISTRICT OF CALIFORNIA
   |                                                   SAN JOSE
11 |              UNITED STATES DISTRICT COURT
12 |             NORTHERN DISTRICT OF CALIFORNIA

13 |

14 | INTERSCOPE RECORDS, a California general | CASE NO. 07 - 04116 JF RS
15 | partnership; SONY BMG MUSIC
   | ENTERTAINMENT, a Delaware general | [~~PROPOSED~~] ORDER GRANTING EX
16 | partnership; PRIORITY RECORDS LLC, a | PARTE APPLICATION FOR LEAVE TO
   | California limited liability company; WARNER | TAKE IMMEDIATE DISCOVERY
17 | BROS. RECORDS INC., a Delaware
18 | corporation; ARISTA RECORDS LLC, a
   | Delaware limited liability company; UMG
19 | RECORDINGS, INC., a Delaware corporation;
   | and CAPITOL RECORDS, INC., a Delaware
20 | corporation,
21 |                Plaintiffs,

22 |     v.

23 |
24 | JOHN DOE,
   |                Defendant.
25 |
26 |
27 |
28 |

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31572 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa

4    Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks

5    documents that identify Defendant John Doe, including the name, current (and permanent) address

6    and telephone number, e-mail address, and Media Access Control address. The disclosure of this

7    information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10    under the Copyright Act.

11

12    Dated:  8-21-07                              By:  _____

13                                                    United States District Judge

14                                                    U.S. Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31572 v1