| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: matt.jaksa@hro.com |

**RECEIVED**

AUG - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.

E-filing

**FILED**

AUG 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

CASE NO. 07-04116 JF RS

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

---

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31572 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4   Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant John Doe, including the name, current (and permanent) address
6   and telephone number, e-mail address, and Media Access Control address. The disclosure of this
7   information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

Dated: 8-21-07            By: _____
                              ~~United States District~~ Judge
                              U.S. Magistrate Judge

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31572 v1