Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>Defendant. | CASE NO. C 07-04116 JF<br><br>The Honorable Jeremy Fogel<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** AND ORDER |

| | |
|---|---|
| 1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, *et al.*, by |
| 2 | and through their attorneys, voluntarily dismiss without prejudice their copyright infringement |
| 3 | claims against Defendant John Doe, also identified as ID #126444494 with IP address 169.233.40.92 |
| 4 | 2007-04-23 00:16:06 EDT, each party to bear its/his own fees and costs. The Clerk of Court is |
| 5 | respectfully requested to close this case. |

Dated: January 29, 2008            HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
    MATTHEW FRANKLIN JAKSA
    Attorney for Plaintiffs

1/29/08  IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04116 JF
#35191 v1